HOLLOBACK *v.* VAN BUSKINK, surviving administrator, &c.

RACROTH *et ux. v.* The Same.

### Assumpsit.

*Assumpsit* will lie on the part of residuary legatees, against an administrator *cum testamento annexo*, without proof of an express assumption by him.[1]

THESE were actions on the case, in which the plaintiffs declared on a general *indebitatus assumpsit*, for money had and received by the defend-ant (who was the surviving administrator *cum testamento annexo* of Catha-rine Holloback) to their use, respectively. They claim, distributive shares in the *residuum* of the estate of Catharine Holloback, under her will: but it was questioned, whether such actions would lie, without proving an assumption on the part of the defendant.

THE COURT, however, declared their opinion, that the actions might be maintained, without proof of an express *assumpsit:* and verdicts were, accordingly, given for the plaintiffs, with leave to move for new trials. (b)

### ANONYMOUS. (c)

(b) Decided before YEATES and SMITH, Justices, at Northampton *nisi prius,* in October 1795.

